## 37891. BROOKS et al. v. AUTO PARTS WHOLESALE, INC. et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur, except Smith, J., who dissents. Weltner, J., not participating.*

DECIDED JANUARY 5, 1982.

*William H. Major,* for appellants.
*John T. Perren, Thomas C. Sanders,* for appellees.